DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

17 MARCH 2016

| 127P09-2 | James E. Fulford Jr., Executor for the Estate of Mary Fulford v. Antonio Javon Jenkins; County of Duplin; Duplin County Department of Social Services; Millie I. Brown, Individually and in her Official Capacity as Director of Duplin County Department of Social Services; De Wana Kenan, Individually and in her Official Capacity as a Social Worker with the Duplin County Department of Social Services; Sherita Wright, Individually and in her Official Capacity as a Social Worker with the Duplin County Department of Social Services; Nanette Smith, Individually and in her Official Capacity as a Social Worker with the Duplin County Department of Social Services; and Elva Quinn, Individually and in her Official Capacity as a Social Worker with the Duplin County Department of Social Services | Plt's Petition for *Writ of Certiorari* to Review Order of COA (COA15-296) | Denied |
| 131P04-3 | State v. Shan Edward Carter | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-463) | Dismissed<br><br>**Ervin, J., recused** |